**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**-vs-**                                    **Case No. 6:11-cv-1608-Orl-28KRS**

**PETER T. HICKEY,**

      **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 10) filed January 10, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 27, 2012 (Doc. No. 11) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment is **GRANTED**.

3. Default Judgment is hereby entered in favor of the United States of America and against Peter T. Hickey in an amount to be calculated by the United States as of the date set forth below.

4. Plaintiff shall file a proposed judgment no later than April 2, 2012, with the prejudgment interest calculated through April 3, 2012.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_20th\_\_\_ day of March, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge